IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| JAMES G. DONATHAN JR., | )<br>) |
| Plaintiff, | ) Case No.1:05CV00077<br>) |
| v. | ) **FINAL JUDGMENT**<br>) |
| JO ANNE B. BARNHART,<br>COMMISSIONER OF<br>SOCIAL SECURITY, | ) By: James P. Jones<br>) Chief United States District Judge<br>)<br>) |
| Defendant. | ) |

For the reasons set forth in the report and recommendation of the magistrate judge, no objections having been filed thereto, it is **ADJUDGED AND ORDERED** as follows:

1. The magistrate judge's report and recommendation are **accepted**;

2. The motions for summary judgment by the plaintiff and the Commissioner of Social Security ("Commissioner") are **denied**;

3. The case is **remanded** to the Commissioner for further development pursuant to sentence four of 42 U.S.C. § 405(g); and

4. The clerk is directed to close the case.

ENTER: July 10, 2006

Chief United States District Judge